IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RASHMI TONGE, *et al.*,<br><br>                  Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                  Defendant. | CASE NO. C25-1084-RSM<br><br>**STIPULATION FOR ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO COMPLAINT; ORDER THEREON** |

      WHEREAS this action is brought by nine foreign nationals (hereafter, "Plaintiffs") seeking, *inter alia,* to compel U.S. Citizenship and Immigration Services (hereafter "USCIS") to process their EB-5 petitions and their adjustment of status applications, including the applications of their derivative family members; and

      WHEREAS USCIS has been and continues to process these applications but work on some applications has not been completed at the time of this stipulation; and

      WHEREAS the Court previously granted Defendants an extension of time to answer based on Defendants' stated belief that USCIS could complete its work within the ensuing 60 days;

      WHEREAS USCIS has been acting assiduously on this task, there still is a limited amount of work that needs to be done; and

      WHEREAS the parties mutually believe that USCIS' completion of its work on the remaining applications should obviate the need for Plaintiffs to further prosecute this action;

      NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter the following order:

USCIS' time to file its response to the complaint in this action shall be extended to January 18, 2026.

SO STIPULATED.

DATED this 19th day of November 2025.

CHARLES NEIL FLOYD
United States Attorney

*/s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206 553 7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendant

I certify that this memorandum contains 190 words in compliance with the Local Civil Rules.

SO STIPULATED.

DATED this 19th day of August 2025.

*/s/ Anahita M. George*
ANAHITA M. GEORGE, WSBA # 57799
GEORGE IMMIGRATION PLLC
5719 Stetson Ct. NW
Olympia, WA 98502
Phone: (425) 328-9339
Email: ageorge@justimmigrationusa.com

*/s/ Jesse M. Bless*
JESSE M. BLESS, MA Bar No. 660713
Bless Litigation, LLC
6 Vineyard Lane
Georgetown, MA 01833
Tel.: (718) 704-3897
jesse@blesslitigation.com

Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of November, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION FOR ORDER EXTENDING DEFENDANT'S TIME TO
FILE RESPONSE TO COMPLAINT; ORDER THEREON - 3
(Case No. C25-1084-RSM)